1  Law Offices of Hadley & Fraulob
   P. O. Box 2487
2  230 Fifth Street
   Marysville, CA  95901
3  (530) 743-4458
   FAX (530) 743-5008
4
   JOSEPH C. FRAULOB- SBN #194355
5  Attorney for Plaintiff

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  RYAN JOHNSON,                          CIV. NO. 2:10-CV-00997-WBS-EFB

11     Plaintiff,
                                           REQUEST FOR CONTINUANCE OF
12  v.                                     HEARING ON MOTION TO TRANSFER
                                           VENUE FOR CONVENIENCE;
13  WAL-MART STORES, INC. A Delaware       STIPULATION OF PARTIES; AND
    Corporation,                           ~~PROPOSED~~ ORDER
14
    Defendant
15      PLAINTIFF HEREBY REQUESTS, pursuant to Eastern District of California Local

16  Rule 230(f), that the Court grant a seven (7) day continuance of the hearing on Defendant's

17  Motion to Transfer Venue For Convenience scheduled in this matter for June 21, 2010 at 2:00

18  p.m., in Courtroom 5 of this Court.

19      IT IS HEREBY STIPULATED between the undersigned attorneys that the

20  aforementioned hearing currently scheduled for June 21, 2010 shall be continued for a period of

21  seven (7) days until June 28, 2010, at 2:00 p.m., in Courtroom 5, or as soon thereafter as the

22  matter may be heard in the courtroom of Judge William B. Shubb.

23

24  Dated: June 10, 2010              /s/ Joseph C. Fraulob                  _
                                      Joseph Fraulob
25                                    Attorney for Plaintiff

26
    Dated: June 10, 2010              /s/ *David A. Melton*
27                                    *As authorized via telephone on 06/10/10*
                                      David A. Melton
28                                    Attorney for Defendant

1 ORDER

2 PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED that the hearing on

3 Defendant's Motion to Transfer Venue For Convenience currently scheduled for June 21, 2010

4 shall be continued to **July 19, 2010 at 2:00 p.m.**, in Courtroom 5 of the United States District

5 Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814.

8 Dated:  June 15, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE